Case 2:22-mj-00100-DB   Document 13   Filed 07/11/22   Page 1 of 1

**FILED**
July 11, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CESAR MAG RODRIGUEZ HERNANDEZ,<br><br>　　　　　Defendant. | Case No.   2:22-mj-00100-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>CESAR MAG RODRIGUEZ HERNANDEZ</u> , Case No.  <u>2:22-mj-00100-DB</u>  Charge <u>21 USC 846, 841(a)(1)</u>, from custody for the following reasons:

　　　_____    Release on Personal Recognizance

　　　_____    Bail Posted in the Sum of $ _____

　　　__X__    Unsecured Appearance Bond $   <u>10,000.00</u>

　　　_____    Appearance Bond with 10% Deposit

　　　_____    Appearance Bond with Surety

　　　_____    Corporate Surety Bail Bond

　　　__X__    (Other): <u>The defendant's release is delayed until Tuesday, July 12, 2022, at 9:00 AM.</u>

Issued at Sacramento, California on July 11, 2022, at 3:25 PM.

　　　　　　　　　　　　　　　By: _/s/ Allison Claire_____

　　　　　　　　　　　　　　　　　Magistrate Judge Allison Claire