WILLIAM F. PORTANOVA, State Bar No. 281364
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Email: wfp@portanova.com

Attorney for Defendant
CESAR RODRIGUEZ HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:22-mj-00100 |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **PRELIMINARY HEARING AND** |
| v. | ) | EXCLUDE **TIME UNDER THE** |
| | ) | SPEEDY TRIAL ACT; [~~PROPOSED~~] |
| CESAR RODRIGUEZ HERNANDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    With the Court's permission, defendant Cesar Hernandez and plaintiff United States
of America, by and through their undersigned attorneys, hereby stipulate as follows:

    1.    By previous order, this matter was set for preliminary hearing on July 22,
2022;

    2.    By this stipulation, defendant now moves to continue the preliminary hearing
until July 27, 2022 and to exclude time between July 22, 2022 and July 27,
2022 pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).
Plaintiff does not oppose this request.

1

3.    The parties agree and stipulate that the Court find that counsel for the defendant requires additional time to review the current charges, to conduct investigation and research related to the charges and to discuss the matter with his client.

4.    The government does not object to the continuance.

5.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed under the Speedy Trial Act.

6.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial date must commence, the time period from July 22, 2022 to July 27, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

2

**IT IS SO STIPULATED.**

DATED:  July 21, 2022                                  Respectfully submitted,


                                                       /s/ William F. Portanova_____
                                                       WILLIAM F. PORTANOVA
                                                       Counsel for Defendant
                                                       CESAR RODRIGUEZ HERNANDEZ

DATED:  July 21, 2022                                  PHILLIP A. TALBERT
                                                       United States Attorney


                                                       /s/ Justin Lee_____
                                                       JUSTIN LEE
                                                       Assistant United States Attorney


**IT IS SO FOUND AND ORDERED**.

DATED:  July 21, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3